■ GENEVIEVE MEISNER et al. v. JOSEPH HEALEY et al.— Motions for enlargement of time granted insofar as to extend defendants-appellants' time to serve and file the record on appeal and appellants' points to and including December 4, 1962, with notice of argument for the January 1963 Term of

this court, said appeal to be argued or submitted when reached. The orders of this court entered on September 25, 1962 are modified accordingly. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.